Michael S. Sorgen, Esq (SBN 43107)
Emily E. Arnold-Fernandez, Esq (SBN 237241)
LAW OFFICES OF MICHAEL S. SORGEN
240 Stockton Street, Ninth Floor
San Francisco, CA 94108
Telephone: (415) 956-1360
Facsimile: (415) 956-6342

Barry Vogel, Esq (SBN 60141)
LAW OFFICES OF BARRY VOGEL
P.O. Box 383
Ukiah, CA 95482
Telephone: (707) 462-6541
Facsimile: (707) 462-3253

Attorneys for Plaintiffs
JANE DOE
MARY ROE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE and MARY ROE, <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL MICHAEL W. HAGEE, Commandant of the U.S. Marine Corps, ; UNITED STATES MARINE CORPS; DONALD C. WINTER, Secretary of the Navy; DEPARTMENT OF THE NAVY; SERGEANT BRIAN FUKUSHIMA; STAFF SERGEANT JOSEPH DUNZWEILER; and DOES 1-10, <br><br> Defendants. | CASE NO.: C 06-1777 MHP <br> **E-FILING CASE** <br><br> **STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; TIME WITHIN WHICH TO SERVE DEFENDANTS; AND DISCOVERY CUT OFF DATE; AND [PROPOSED] ORDER THEREON** |

A case management conference was held on July 10, 2006. The minutes from the case management conference set the following dates:

1. Settlement conference be held no more than 90 days from July 10, 2006. Pursuant thereto Magistrate Judge Joseph G. Spero set a Settlement Conference for October 4, 2006.

2. Defendants Joseph K. Dunzweiler and Brian G. Fukushima be served no later than August

STIP. TO CONT. SETTLEMENT CONF.
CASE NO.: C 06-1777 MHP

25, 2006.

3.	Discovery be completed no later than December 31, 2006.

Thereafter

1.	Defendants' filed the motion to dismiss the complaint here with a hearing set thereon for September 25, 2006.  In anticipation of this motion counsel for both plaintiffs and defendants have been required to spend considerable time and effort to prepare for and defend said motion.  These efforts impeded the parties from adequately preparing for the October 6, 2006 Settlement Conference.  In consideration thereof, counsel for plaintiffs and defendants have contacted the Secretary for Magistrate Judge Joseph G. Spero and determined that November 27, 28, 29, 30, December 5, 7, 19, and 20 are available dates in the Magistrate's court to hold the Settlement Conference.

2.	Plaintiffs have engaged the services of Attorney's Diversified both as a process server and as a skip tracer to locate Defendants Joseph K. Dunzweiler and Brian G. Fukushima.  To date Plaintiff's have not been successful in locating and thus in serving said defendants.

3.	Counsel for plaintiffs and defendants agree additional time is necessary and appropriate to meaningfully prepare for and participate in any Settlement Conference; to locate Defendants Joseph K. Dunzweiler and Brian G. Fukushima; and to complete sufficient discovery in order to adequately prepare for settlement or trial in this matter.

IT IS THEREFORE STIPULATED BY AND BETWEEN THE PARTIES:

1.	The Settlement Conference be held within 90 days of this order;

2.	Plaintiffs have until November 15, 2006 to serve defendants Joseph K. Dunzweiler and Brian G. Fukushima; and

STIP. TO CONT. SETTLEMENT CONF.
CASE NO.: C 06-1777 MHP

3.  The cut off date for discovery in this matter shall be extended to March 31, 2007.

Dated: September 8, 2006           Respectfully submitted,

                                   By:         /s/
                                       BARRY VOGEL
                                       MICHAEL S. SORGEN
                                       Attorneys for Plaintiffs

Dated: September 8, 2006           By:         /s/
                                       OWEN P. MARTIKAN
                                       Assistant United States Attorney
                                       Attorney for Defendants

BASED ON THE AFORESAID STIPULATION, IT IS SO ORDERED.

Dated: September 22, 2006          _____
                                   HON. MARILYN H. PATEL

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

STIP. TO CONT. SETTLEMENT CONF.
CASE NO.: C 06-1777 MHP

3