1  Michael S. Sorgen, Esq (SBN 43107)
   Emily E. Arnold-Fernandez, Esq (SBN 237241)
2  LAW OFFICES OF MICHAEL S. SORGEN
   240 Stockton Street, Ninth Floor
3  San Francisco, CA 94108
   Telephone: (415) 956-1360
4  Facsimile: (415) 956-6342

5  Barry Vogel, Esq (SBN 60141)
   LAW OFFICES OF BARRY VOGEL
6  P.O. Box 383
   Ukiah, CA 95482
7  Telephone: (707) 462-6541
   Facsimile: (707) 462-3253

8

9  Attorneys for Plaintiffs
   JANE DOE
10 MARY ROE

11                    UNITED STATES DISTRICT COURT

12                for the NORTHERN DISTRICT OF CALIFORNIA

13                         San Francisco Division

14

15 **JANE DOE and MARY ROE,**              )  CASE NO.: C 06 1777 MHP
                                            )  **E-FILING CASE**
16            Plaintiff,                    )
                                            )
17       vs.                                )
                                            )  **STIPULATION AND [PROPOSED]**
18                                          )  **ORDER TO EXTEND TIME WITHIN**
   **GENERAL MICHAEL W. HAGEE,**            )  **WHICH TO SERVE DEFENDANT**
19 **COMMANDANT OF THE UNITED**             )  **JOSEPH K. DUNZWEILER AND FOR**
   **STATES MARINE CORPS; UNITED**          )  **SETTLEMENT CONFERENCE**
20 **STATES MARINE CORPS; DONALD C.**       )
   **WINTER, SECRETARY OF THE**             )
21 **NAVY; DEPARTMENT OF THE NAVY;**        )
   **SERGEANT BRIAN FUKUSHIMA;**            )
22 **STAFF SERGEANT JOSEPH**                )
   **DUNZWEILER; and DOES 1-10**,           )
23                                          )
                                            )
24            Defendant.

25

26 / / /

27 / / /

28

This Court, in its Order dated September 22, 2006, extended the date to serve Defendants Brian G. Fukushima and Joseph K. Dunzwieler to November 15, 2006.  Pursuant to that Order, a settlement conference has also been scheduled before Magistrate Judge Joseph C. Spero on December 19, 2006.

Thereafter:

1. On October 12, 2006, after diligently searching for an investigator/process server who could locate and serve the two individual defendants, plaintiffs engaged the services of Scott Wilmore, a licensed process server located in Santa Rosa, California, both as a process server and as a skip tracer to locate Defendants Dunzweiler and Fukushima.

2. On November 13 Defendant Fukushima was successfully served, and a proof of service was e-filed on November 14, 2006.  Plaintiffs have information that would allow Mr. Wilmore to locate and serve Defendant Dunzweiler but he needs additional time to do so.

3. Counsel for plaintiffs and defendants agree that additional time is necessary and appropriate to properly serve Defendant Dunzweiler and that further discovery should be completed to facilitate meaningful settlement discussions.  The parties have propounded written discovery and have agreed to notice Defendants Dunzweiler's and Fukushima's depositions for December 19 and 20, 2006.

4. Judge Spero's clerk has indicated that February 28, 2007 is currently available for settlement conference and the parties have reserved that date.

IT IS THEREFORE STIPULATED BY AND BETWEEN THE PARTIES:

a. Plaintiffs may have until December 31, 2006 to serve Defendant Joseph K. Dunzweiler.

2     STIP AND [PROP] ORDER TO
EXTEND TIME WITHIN WHICH TO
SERVE DEFENDANT DUNZWEILER

     b.     The settlement conference should be set for a mutually convenient date before March 30, 2007.

     c.     Discovery cut off and other subsequent dates be changed accordingly.

Dated: November 15, 2006                Respectfully submitted,

                         By:   /s/ - Michael S. Sorgen
                             BARRY VOGEL
                             MICHAEL S. SORGEN
                             Attorneys for Plaintiffs

                             /s/ - Owen P. Martikan
                             OWEN P. MARTIKAN
                             Assistant United States Attorney
                             Attorney for Defendants

BASED ON THE AFORESAID STIPULATION, IT IS SO ORDERED.

Dated: November  24 , 2006            _____
                                         Honorable Marilyn H. Patel
                                         United States District Judge