KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
OWEN P. MARTIKAN (SBN 177104)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7241
    Facsimile:   (415) 436-6748
    Email:      owen.martikan@usdoj.gov

Attorneys for the U.S. Navy and Marines

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE and MARY ROE, ) | No. C 06-01777 MHP |
|                       ) | **E-FILING CASE** |
|          Plaintiffs, ) | |
|                       ) | |
|    v.                ) | **STIPULATION AND [~~PROPOSED~~]** |
| GENERAL MICHAEL W. HAGEE, ) | **ORDER REQUESTING THAT THE** |
| Commandant of the U.S. Marine Corps, ) | **1/8/07 CASE MANAGEMENT** |
| THE U.S. MARINE CORPS, DONALD C. ) | **CONFERENCE IN THIS CASE BE** |
| WINTER, Secretary of the Navy, THE U.S. ) | **RESCHEDULED TO 1/22/07** |
| NAVY, BRIAN FUKUSHIMA, JOSEPH ) | |
| DUNZWEILER, and DOES 1-10, ) | |
|                       ) | |
|         Defendants. ) | |

The parties stipulate and respectfully request the Court to order that the January 8, 2007 case management conference in this case be continued to January 22, 2007 at the same time and place. The reason for this request is that counsel for the federal defendants will be out of the country on a previously planned vacation on January 8, 2007.

So stipulated and respectfully submitted,

For the Federal Defendants.

KEVIN V. RYAN
United States Attorney

Dated:     December 28, 2006         /s/
                                     OWEN P. MARTIKAN
                                     Assistant United States Attorney

For the Plaintiffs.

Dated:     December 28, 2006         /s/ - Michael S. Sorgen
                                     BARRY VOGEL
                                     MICHAEL S. SORGEN
                                     Attorneys for Plaintiffs

[PROPOSED] ORDER RESETTING CASE MGMT. CONF.

Pursuant to stipulation and for good cause shown, the case management conference in this case is hereby continued from January 8, 2007 to January 22, 2007 at the same place and time.

SO ORDERED.

Dated:  01/03/07

_____
MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

STIP TO MOVE CMC AND [PROPOSED] ORDER
C 06-01777 MHP                                    2