LAW OFFICES OF
# MICHAEL S. SORGEN
240 Stockton, 9th Floor
San Francisco  CA  94108
_____

Michael S. Sorgen
Joyce Kawahata
Andrea Adam Brott
Emily E. Arnold-Fernandez

Telephone  (415) 956-1360
Facsimile  (415) 956-6342
msorgen@sorgen.net

January 25, 2007

*VIA FACSIMILE AND E-FILING*
Hon. Joseph C. Spero
United States Federal Court
Northern District of Califonia-San Francisco
450 Golden Gate Avenue
San Francisco, CA 94102-3483
Fax: (415) 522-3636

Re: *Jane Doe, et al. v. Hagee, et al.*   Case No.: C06-1777 MHP

Dear Judge Spero,

Plaintiff hereby requests leave for the parties to submit their Mandatory Settlement Conference Statements on February 21, 2007.  The statement is currently due on February 14 ahead of the February 28 conference.

We make this request because the parties need time to arrange and conduct depositions before meaningful settlement negotiations can be undertaken.

Very truly yours,

/s/ - Emily E. Arnold-Fernandez
Emily E. Arnold-Fernandez

EAF/br

Settlement Conference Statements shall be LODGED with Chambers no later than Noon on Friday, February 16, 2007.

DATED:  January 29, 2007



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero