**United States District Court**
For the Northern District of California

1

2

3

4

5          UNITED STATES DISTRICT COURT

6          NORTHERN DISTRICT OF CALIFORNIA

7

8   JANE DOE, ET AL.,                      No. C-06-01777 MHP (JCS)

9            Plaintiff(s),

10        v.                              **NOTICE AND ORDER SETTING**
                                          **FURTHER SETTLEMENT CONFERENCE**
11  GENERAL MICHAEL W. HAGEE,
    ET AL.,
12                                        (E-FILING CASE)
             Defendant(s).
13  _____/

14  TO ALL PARTIES AND COUNSEL OF RECORD:

15          You are hereby notified that a Further Settlement Conference is scheduled for **May 30, 2007,**

16  **at 9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California

17  94102.  Updated confidential settlement conference statements shall be lodged with Chambers **no**

18  **later than May 23, 2007**.

19          Lead trial counsel shall appear at the Settlement Conference with the parties and persons

20  having unlimited authority to negotiate and settle the case.

21          Counsel shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case

22  settles prior to the date set for the Further Settlement Conference.  All other provisions of this

23  Court's July 20, 2006 "Notice of Settlement Conference and Settlement Conference Order" remain

24  in effect.

25          IT IS SO ORDERED.

26  Dated:  March 6, 2007

27                                        _____
                                          JOSEPH C. SPERO
                                          United States Magistrate Judge
28