SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
OWEN P. MARTIKAN (SBN 177104)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7241
    Facsimile:   (415) 436-6748
    Email:      owen.martikan@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE and MARY ROE, <br>                 Plaintiffs, <br>     v. <br> THE UNITED STATES OF AMERICA, GENERAL MICHAEL W. HAGEE, Commandant of the U.S. Marine Corps, THE U.S. MARINE CORPS, DONALD C. WINTER, Secretary of the Navy, THE U.S. NAVY, BRIAN FUKUSHIMA, JOSEPH DUNZWEILER, and DOES 1-10, <br>                 Defendants. | No. C 06-01777 MHP <br> **E-FILING CASE** <br><br> **STIPULATED PROTECTIVE ORDER GOVERNING THE RELEASE AND USE OF CONFIDENTIAL DOCUMENTS** |

      Subject to the approval of this Court, plaintiffs Jane Doe and Mary Roe and defendants General Michael Hagee, The United States Marine Corps, Donald C. Winter, The United States Navy, and The United States of America, by and through their undersigned counsel, hereby stipulate to the following protective order:

      WHEREAS, the parties agree that entry of the following protective order is necessary to: (1) facilitate discovery of information without a document-by-document controversy concerning confidentiality; (2) protect plaintiffs, defendants, the United States Marine Corps, and the United States Navy from undue annoyance, embarrassment, oppression, burden, liability, expense and interference with duties resulting from public disclosure or use for purposes other than this

1   litigation of confidential information that the parties will disclose in discovery; and (3) avoid
2   violation of the Privacy Act as codified at 5 U.S.C. § 522a.
3       THEREFORE, the parties therefore request that the Court enter the following protective
4   order pursuant to Federal Rule of Civil Procedure 26(c).

## STIPULATED ORDER

6       All medical records or other personal or private documents obtained from plaintiffs and
7   all personnel files obtained from federal defendants, or any document marked "Confidential" by
8   either party (collectively, "Documents"), whether produced in response to discovery requests or
9   other disclosures under the Federal Rules of Civil Procedure, are subject to the following
10  restrictions:
11      1.    The Documents and the information contained therein shall be used only for
12  purposes of this litigation and not for any other purpose;
13      2.    Neither the Documents nor the information contained therein shall be disclosed or
14  provided to anyone other than (a) plaintiffs' attorneys and staff; (b) defendants' attorneys and
15  staff; (c) the parties; (d) actual or potential third-party witnesses and their attorneys; (e) outside
16  experts or consultants retained by any of the parties or their counsel for purposes of this
17  litigation; (f) the Court in further proceedings herein; (g) stenographic deposition reporters for
18  purposes of depositions in this action; and (h) other persons whom the parties mutually agree
19  upon in writing.
20      3.    There shall be no reproduction of the Documents except as required by the
21  litigation.  Copies, excerpts, or summaries of the Documents may be shown to those authorized
22  in Paragraph 2 for purposes of their involvement in this case.
23      4.    Except as otherwise provided in Paragraphs 2 and 3, all of the Documents shall
24  remain in the custody of the parties' attorneys of record during the pendency of the litigation.
25      5.    Within 30 days of the termination of this proceeding and the expiration of all time
26  for appeal, all of the Documents, including copies, extracts or summaries thereof, shall be
27  destroyed or returned to counsel for the producing party.  Notwithstanding this paragraph,
28  however, the parties' attorneys may retain one copy of each pleading and other document filed

1  with the Court that contains any of the Documents covered by this Order.  Furthermore, nothing
2  in this paragraph shall be construed to require the parties' attorneys to turn over any attorney
3  work-product.
4      6.    Any filings with the Court that include any of the Documents, or any excerpts or
5  summaries of the Documents, or any description of the contents of the Documents, shall be filed
6  under seal in accordance with the Local Rules of this District.
7      7.    This Stipulated Protective Order is without prejudice to the right of any party to
8  seek modification of it from the Court.  It shall remain in effect until such time as it is modified,
9  amended or rescinded by the Court and shall survive termination of this action.  The
10 Court shall have continuing jurisdiction to modify, amend, or rescind this Stipulated Protective
11 Order notwithstanding the termination of this action.

**SO STIPULATED.**

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
OWEN P. MARTIKAN                    Date:   April 6, 2007
Assistant United States Attorney

*Attorneys for Federal Defendants*


LAW OFFICES OF MICHAEL SORGEN


_____/s/_____
                                    Date: March 26, 2007

Attorneys for Plaintiffs

**APPROVED AND SO ORDERED**.


DATED:  April 10, 2007_____        HON. M
                                    United S

                                    IT IS SO ORDERED
                                    Judge Marilyn H. Patel

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**STIPULATED PROTECTIVE ORDER GOVERNING THE RELEASE AND USE OF CONFIDENTIAL DOCUMENTS**

<u>Doe, et al. v. Hagee, et al.</u>
C 06-01777 MHP

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

 X    FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____    FEDERAL EXPRESS via Priority Overnight

____    EMAIL

____    FACSIMILE (FAX)  Telephone No.:  See Below

to the party(ies) addressed as follows:

| | |
|---|---|
| Michael S. Sorgen, Esq.<br>Emily E. Arnold-Fernandez, Esq.<br>Law Offices of Michael S. Sorgen<br>240 Stockton Street, Ninth Floor<br>San Francisco, CA 94108<br>PH: 415.956.1360   FX: 415.956.6342<br>Email: msorgen@sorgen.net (Sorgen)<br>Email: earnold-fernandez@sorgen.net<br>(Arnold-Fernandez) | Barry Vogel, Esq.<br>Law Offices of Barry Vogel<br>280 North Oak Street<br>P.O. Box 383<br>Ukiah, CA 95482<br>PH: 707.462.6541   FX: 707.462.3253<br>Email: vogel@pacific.net |
| Brian Fukushima, Pro Se<br>19072 Hidden Valley Rd.<br>Middletown, CA 95461<br>PH:           FX:<br>Email: | Joseph K. Dunzweiler, Pro Se<br>4610 Bennett Valley Rd.<br>Santa Rosa, CA 95404-6242<br>PH:           FX:<br>Email: |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this April 6, 2007 at San Francisco, California.

/s/_____
LILY HO-VUONG
Legal Assistant

STIPULATED PROTECTIVE ORDER AND [PROPOSED] ORDER
C 06-01777 MHP                             4