1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  OWEN P. MARTIKAN (SBN 177104)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, 9th Floor
5       San Francisco, California 94102-3495
        Telephone:    (415) 436-7241
6       Facsimile:    (415) 436-6748
        Email:        owen.martikan@usdoj.gov
7
   Attorneys for Federal Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 JANE DOE and MARY ROE,              )   No. C 06-01777 MHP
                                       )   **E-FILING CASE**
13                    Plaintiffs,      )
                                       )
14         v.                          )
                                       )   **STIPULATION AND [PROPOSED]**
15 GENERAL MICHAEL W. HAGEE,           )   **ORDER REQUESTING**
   Commandant of the U.S. Marine Corps,)   **CONTINUANCE OF DISPOSITIVE**
16 THE U.S. MARINE CORPS, DONALD C.    )   **MOTION DATES AND SOME**
   WINTER, Secretary of the Navy, THE U.S.)**DISCOVERY MATTERS**
17 NAVY, BRIAN FUKUSHIMA, JOSEPH       )
   DUNZWEILER, and DOES 1-10,          )
18                                     )
                      Defendants.      )
19                                     )

20

21     The parties stipulate and respectfully request the Court to continue the dispositive motion

22 briefing and hearing dates by two weeks, and to allow plaintiffs to take two depositions – of

23 Special Agent Kevin Toevs and Major Doug Alexander – after the fact discovery cutoff, if they

24 choose to.

25     The reasons for defendants' request to change the dispositive motion schedule are (1)

26 defendants' counsel has just been assigned to a trial beginning on July 9, which is the current

27 dispositive motion hearing date; (2) the parties have a settlement conference set for next

28 Wednesday, which could render further proceedings moot; and (3) the deposition of one plaintiff

1  will not take place until the day before or after the settlement conference, which means that the
2  deposition transcript would not be available for the motion.  The reason for plaintiffs' request to
3  take two depositions after the fact discovery cut-off is that both depositions require travel to the
4  Washington, D.C. area, and the expense and time that these depositions will cost might be saved
5  if the settlement conference is successful.

    So stipulated and respectfully submitted,

For the Federal Defendants.

                                        SCOTT N. SCHOOLS
                                        United States Attorney

                                        /s/
Dated:      May 21, 2007                _____
                                        OWEN P. MARTIKAN
                                        Assistant United States Attorney

For the Plaintiffs.


                                        /s/
Dated:      May 21, 2007                _____
                                        MICHAEL S. SORGEN
                                        Attorneys for Plaintiffs

                        [~~PROPOSED~~] ORDER

    Pursuant to stipulation and for good cause shown, dispositive motions shall be filed by June 15, 2007, oppositions shall be filed by July 2, 2007, replies shall be filed by July 9, 2007, and the hearing shall take place on July 23, 2007 at 2:00pm.  The depositions of Special Agent Kevin Toevs and Major Doug Alexander may take place after the fact discovery cutoff. ~~at a date set by the court at the July 23, 2007 hearing.~~
    SO ORDERED.
    Dated: May 23, 2007

                                        IT IS SO ORDERED
                                        _____
                                        Judge Marilyn H. Patel

STIP TO MOVE MOTION DATES AND SOME DISCOVERY; [PROPOSED] ORDER
C 06-01777 MHP                          2