SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
OWEN P. MARTIKAN (SBN 177104)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7241
    Facsimile:  (415) 436-6748
    Email:  owen.martikan@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE and MARY ROE, <br>           Plaintiffs, <br> v. <br> GENERAL MICHAEL W. HAGEE, Commandant of the U.S. Marine Corps, THE U.S. MARINE CORPS, DONALD C. WINTER, Secretary of the Navy, THE U.S. NAVY, BRIAN FUKUSHIMA, JOSEPH DUNZWEILER, and DOES 1-10, <br>           Defendants. | No. C 06-01777 MHP <br> **E-FILING CASE** <br><br> **STIPULATION AND [PROPOSED] ORDER DISMISSING FEDERAL DEFENDANTS DUE TO SETTLEMENT** |

    The parties stipulate and respectfully request the Court to dismiss with prejudice all of plaintiffs' claims against federal defendants GENERAL MICHAEL W. HAGEE, Commandant of the U.S. Marine Corps, THE U.S. MARINE CORPS, DONALD C. WINTER, Secretary of the Navy, THE U.S. NAVY, and THE UNITED STATES OF AMERICA. The reason for the dismissal is that the parties have settled these claims.

    This stipulation does not affect plaintiffs' claims against individual defendants BRIAN FUKUSHIMA and JOSEPH DUNZWEILER, who are not parties to the settlement and who will

remain in this lawsuit as defendants.

So stipulated and respectfully submitted,

**For Plaintiffs Jane Doe and Mary Roe.**

LAW OFFICES OF BARRY VOGEL

DATED: June 15, 2007        By:     /s/
                                    _____
                                    BARRY VOGEL, ESQ.
                                    Attorney for Plaintiffs

LAW OFFICES OF MICHAEL SORGEN

DATED: June 15, 2007        By:     /s/
                                    _____
                                    MICHAEL SORGEN, ESQ.
                                    Attorney for Plaintiffs

**For the Settling Defendants.**

SCOTT N. SCHOOLS
United States Attorney

DATED: June 15, 2007        By:     /s/
                                    _____
                                    OWEN P. MARTIKAN
                                    Assistant United States Attorney
                                    Attorneys for Federal Defendants

### [PROPOSED] ORDER

Pursuant to stipulation and for good cause shown, plaintiffs' claims against federal defendants GENERAL MICHAEL W. HAGEE, Commandant of the U.S. Marine Corps, THE U.S. MARINE CORPS, DONALD C. WINTER, Secretary of the Navy, THE U.S. NAVY, and THE UNITED STATES OF AMERICA are hereby DISMISSED WITH PREJUDICE. This order does not affect plaintiffs' claims against individual defendants BRIAN FUKUSHIMA and JOSEPH DUNZWEILER, who are not parties to the settlement and who will remain in this lawsuit as defendants.

SO ORDERED.

Dated: June 20, 2007

_____
HON. Marilyn H. Patel
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED