| | |
|---|---|
| Michael S. Sorgen, Esq (SBN 43107)<br>LAW OFFICES OF MICHAEL S. SORGEN<br>240 Stockton Street, Ninth Floor<br>San Francisco, CA 94108<br>Telephone: (415) 956-1360<br>Facsimile: (415) 956-6342 | Barry Vogel, Esq (SBN 60141)<br>LAW OFFICES OF BARRY VOGEL<br>P.O. Box 383<br>Ukiah, CA 95482<br>Telephone: (707) 462-6541<br>Facsimile: (707) 462-3253 |

Attorneys for Plaintiffs
JANE DOE
MARY ROE

UNITED STATES DISTRICT COURT

for the NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| **JANE DOE and MARY ROE,**<br><br>Plaintiffs,<br><br>vs.<br><br>**UNITED STATES OF AMERICA;**<br>**UNITED STATES MARINE CORPS;**<br>**GENERAL MICHAEL W. HAGEE,**<br>**COMMANDANT OF THE MARINE**<br>**CORPS; DEPARTMENT OF THE**<br>**NAVY; DONALD C. WINTER,**<br>**SECRETARY OF THE NAVY;**<br>**SERGEANT BRIAN FUKUSHIMA;**<br>**STAFF SERGEANT JOSEPH**<br>**DUNZWEILER; and DOES 1-10**,<br><br>Defendants. | CASE NO.: C 06-1777 MHP<br>**E-FILING CASE**<br><br>[Proposed] ORDER THAT PLAINTIFF<br>JANE DOE NEED NOT BE<br>PERSONALLY PRESENT IN COURT<br>ON MAY 12, 2008 |

At the request of Barry Vogel, Attorney for Plaintiff Jane Doe,

IT IS HEREBY ORDERED:

That the previous Order of this Court that Jane Doe be personally present in Court May 12, 2008 be rescinded, and that she need not be personally present on that date.

Dated: 5/7/2008

_____
MARILYN
United States
Northern District

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*