Michael S. Sorgen, Esq (SBN 43107)
LAW OFFICES OF MICHAEL S. SORGEN
240 Stockton Street, Ninth Floor
San Francisco, CA 94108
Telephone: (415) 956-1360
Facsimile: (415) 956-6342

Barry Vogel, Esq (SBN 60141)
LAW OFFICES OF BARRY VOGEL
P. O. Box 383
Ukiah, CA 95482
Telephone: (707) 462-6541
Facsimile: (707) 462-3253

Attorneys for Plaintiffs
JANE DOE
MARY ROE

**FILED**

MAY 12 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE and MARY ROE,<br><br>  Plaintiffs,<br>v.<br><br>GENERAL MICHAEL W. HAGEE,<br>Commandant of the U.S. Marine Corps,<br>THE U.S. MARINE CORPS, DONALD<br>C. WINTER, Secretary of the Navy,<br>THE U.S. NAVY, BRIAN FUKUSHIMA,<br>JOSEPH DUNZWEILER, and DOES 1-10,<br><br>  Defendants. | No. C 06-01777 MHP<br>**E-FILING CASE**<br><br>**SETTLEMENT AND RELEASE AND [PROPOSED] ORDER**<br><br>Hearing: May 12, 2008<br>Time: 3:00 p.m.<br>Hon. Marilyn Hall Patel |

SETTLEMENT & RELEASE & [PROPOSED] ORDER

C 06-01777 MHP

IT IS HEREBY STIPULATED by and between the undersigned parties and their attorneys, that this action be settled and compromised, as follows:

1. Defendant Joseph Dunzweiler (hereafter Defendant) shall pay to Plaintiff Jane Doe (hereafter Plaintiff) the sum of $10,000 (ten thousand dollars) for damages she suffered as a result of his alleged conduct and actions plus a one-time 10% (ten percent) interest for a total obligation of $11,000. The first $1,000 payment is due by September 30, 2008 and the second $1,000 payment is due by February 28, 2009. Then, payment shall be made in nine annual $1,000 installments payable by December 31, 2009 and of each year thereafter until 2017 when the entire amount is paid. All payments shall be made to the Law Offices of Michael S. Sorgen in trust for Jane Doe and sent to the law offices of Michael S. Sorgen at the above address. Upon any payment not timely paid, the entire remaining obligation will be immediately due, and the Court upon request may enter judgment accordingly.

2. This agreement and payment do not constitute an admission of guilt. The agreement is for the purpose of avoiding the risk and expense of further litigation.

3. This agreement constitutes a release and discharge of all Plaintiff's claims against the Defendant and recognizes that plaintiff Mary Roe asserts no claims against Defendant.

4. This Agreement and the Order and Judgment thereon may be pled and will serve as a full and complete defense to any subsequent action or other proceeding involving any person or party which arises out of the claims released and discharged by the

.SETTLEMENT & RELEASE & [PROPOSED] ORDER
C 06-01777 MHP

1  Agreement.

2      5.    Attorneys' fees and all costs shall be paid from the amounts described in paragraph 1, above.

    6.    This instrument shall constitute the entire agreement between the parties, and it is expressly understood and agreed that the Agreement has been freely and voluntarily entered into by the parties hereto. The parties further acknowledge that no warranties or representations have been made on any subject other than as set forth in this Agreement.

IT IS SO STIPULATED.

**For Plaintiff Jane Doe.**

DATED: May 12, 2008    By: _____
    BARRY VOGEL
    Attorney for Plaintiff Jane Doe

**Defendant.**

DATED: May 12, 2008    By: _____
    JOSEPH DUNZWEILER

### [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED: May 12, 2008    _____
    HON. MARILYN HALL PATEL
    United States District Judge

---

SETTLEMENT & RELEASE & [PROPOSED] ORDER

C 06-01777 MHP